William C. Wilka (CA Bar No. 79667)
Dudnick, Detwiler, Rivin & Stikker, LLP
351 California Street, 15th Floor
San Francisco, California 94104
(415) 982-1400

Louis W. Diess, III
ldiess@mccarronlaw.com
McCarron & Diess
4900 Massachusetts Avenue, N.W., Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE-RAY TARANTINO CO., INC., d/b/a GOLDEN STATE PRODUCE CO.<br><br>Plaintiff<br><br>v.<br><br>THEODORAS KOLIATSIS, d/b/a/ 4TH & GEARY FARMERS MARKET<br><br>Defendant | Civil Action No: _____<br><br>**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE AND FOR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

## I. APPLICATION

Upon the verified affidavit of Michael Lai, the Controller of Lee-Ray Tarantino Co., Inc., d/b/a Golden State Produce Co. ("Golden State Produce") and the accompanying memorandum of points and authorities in support, plaintiff hereby moves the Court to issue a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), by restraining the transfer of any and all

PACA trust assets of defendant Theodoras Koliatsis, d/b/a 4th & Geary Farmers Market until there is full payment to Golden State Produce of $328,344.36, pending the entry of a Preliminary Injunction Order.

## II. GROUNDS

This application is made pursuant to Rule 65 of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Points and Authorities, defendants are in violation of their obligations as trustees under the statutory trust provisions of the PACA for failing and continuing to fail to preserve PACA trust assets and to pay plaintiff for the produce supplied.

## III. DOCUMENTS

This motion is based on this Application, the accompanying Memorandum of Points and Authorities, the verified affidavit of Michael Lai, the Controller of Golden State Produce, Certification of Counsel Why Notice Should not be Provided, the Proposed Order, the documents on file in this action, and such other evidence as may be presented to the Court at the hearing on this matter.

//
//
//
//
//
//

//

## IV.    EX PARTE NOTICE

Plaintiff submits this application without notice and requests that the court issue the order with a finding that the interests of justice require that the ex parte application be heard without notice.

November 9, 2007

DUDNICK, DETWILER, RIVIN & STIKKER, LLP

By: *William C. Wilka*
William C. Wilka (CA Bar No. 79667)
351 California Street, 15th Floor
San Francisco, California 94104
(415) 982-1400

and
McCARRON & DIESS
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Washington, DC 20016
(202) 364-0400
Attorneys for Plaintiff