William C. Wilka (CA Bar No. 79667)
Dudnick, Detwiler, Rivin & Stikker, LLP
351 California Street, 15th Floor
San Francisco, California 94104
(415) 982-1400

Louis W. Diess, III
ldiess@mccarronlaw.com
McCarron & Diess
4900 Massachusetts Avenue, N.W., Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE-RAY TARANTINO CO., INC., d/b/a GOLDEN STATE PRODUCE CO.<br><br>Plaintiff<br><br>v.<br><br>THEODORAS KOLIATSIS, d/b/a/ 4TH & GEARY FARMERS MARKET<br><br>Defendant | Civil Action No: C 07 5705 CW<br><br>**APPLICATION FOR PRELIMINARY INJUNCTION** |

## I. APPLICATION

Upon the verified affidavit of Michael Lai, the controller for Lee-Ray Tarantino Co., Inc., d/b/a Golden State Produce Co. and the accompanying memorandum of points and authorities in support, plaintiff hereby moves the Court to issue a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant to Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of Theodoras Koliatsis,

d/b/a 4th & Geary Farmers Market, until there is payment to plaintiff of $328,344.36, pending the entry of a Preliminary Injunction Order.

## II.  GROUNDS

This application is made pursuant to Rule 65 of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum of Points and Authorities, defendant is in violation of its obligations as a trustee under the statutory trust provisions of the PACA for failing and continuing to fail to preserve PACA trust assets and to pay plaintiff for the produce supplied.

## III.  DOCUMENTS

The relief requested is based on this Application, the accompanying Memorandum of Points and Authorities, the verified declaration of Michael Lai, the controller for plaintiff, the proposed Order, the documents on file in his action, and such other evidence as may be presented to the Court at the hearing on this matter.

Dated this _9th_ day of November, 2007

DUDNICK, DETWILER, RIVIN & STIKKER, LLP

By: _William C. Wilka_
William C. Wilka (CA Bar No. 79667)
351 California Street, 15th Floor
San Francisco, California 94104
(415) 982-1400

McCARRON & DIESS
Louis W. Diess, III
4900 Massachusetts Ave., N.W.
Washington, DC 20016
(202) 364-0400
Attorneys for Plaintiff