William C. Wilka (CA Bar No. 79667)
Dudnick, Detwiler, Rivin & Stikker, LLP
351 California Street, 15th Floor
San Francisco, California 94104
(415) 982-1400

Louis W. Diess, III
ldiess@mccarronlaw.com
McCarron & Diess
4900 Massachusetts Avenue, N.W., Suite 310
Washington, D.C. 20016
(202) 364-0400

Attorneys for Plaintiff

ORIGINAL
FILED

NOV - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEE-RAY TARANTINO CO., INC., d/b/a
GOLDEN STATE PRODUCE CO.

                    Plaintiff

          v.

THEODORAS KOLIATSIS, d/b/a/
4TH & GEARY FARMERS MARKET

                    Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No: _____

**DECLARATION IN SUPPORT
OF APPLICATION FOR
TEMPORARY RESTRAINING
ORDER WITHOUT NOTICE AND
PRELIMINARY INJUNCTION**

Michael Lai, being duly sworn, deposes and says:

1.    I am the Controller for Lee-Ray Tarantino Co., Inc., d/b/a Golden State

Produce Co. ("Golden State Produce"), and make this Affidavit in support of an application

for emergency relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2.    I am personally familiar with all matters which are the subject of this

proceeding and the facts set forth in this declaration are within my personal knowledge. If

called upon as a witness, I would and could competently testify to all facts stated in this

declaration.

3.     Golden State Produce is a corporation with a principal place of business in South San Francisco, California, which sells wholesale quantities of perishable agricultural commodities (hereafter "produce").  Golden State Produce  is a produce dealer subject to and licensed under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499a *et. seq.* (hereafter "PACA").

4.     Theodoras Koliatsis, d/b/a 4th & Geary Farmers Market ("4th & Geary") is a produce dealer as defined by 7 U.S.C. §499a and operates subject to and is licensed under the PACA.

5.     The sales and accounts receivable records of Golden State Produce including invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record.  These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

6.     My responsibilities include monitoring the sale of produce, including those sales that are the subject of this dispute.  My responsibilities also include supervising collection of the accounts receivable for such sales, including 4th & Geary's account which is the subject of the present application.  I have custody and control of the sales and accounts receivable records of Golden State Produce  as they relate to 4th & Geary and I am thoroughly familiar with the manner in which those records are compiled.

7.     Between July 20, 2007 and October 29, 2007, Golden State Produce sold and delivered to defendants, in interstate commerce, various wholesale lots of produce worth $328,344.36 which remains unpaid.  (A statement of account and copies of some of the outstanding invoices are attached hereto as Exhibit 1.  (All of the invoices sent by

plaintiff to defendant contain the language required by 7 U.S.C. §499e(c)(4). However, they are too voluminous to attach hereto.)

8.    Defendants accepted the produce received from Golden State Produce .

9.    Golden State Produce preserved its interest in the PACA trust in the amount of $328,344.36 by timely delivering invoices to defendants, which contained the language required under Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c). (See Exhibit 1 attached hereto.)

10.    Defendants are obligated to hold in trust all produce-related assets received from the sale of produce in order to pay $328,344.36 to Golden State Produce .

11.    For the past several weeks, Yanna Koliatsis, my counterpart at 4th & Geary, has repeatedly told me that 4th & Geary was experiencing severe cash flow problems because 4th & Geary was trying to open another location, but she promised to send a large payment to Golden State Produce. Between September 29, 2007 and October 13, 2007, 4th & Geary sent four (4) checks totaling $76,000.00 in partial payment for the produce supplied by Golden State Produce. However, these checks were returned by the bank for insufficient funds. (Copies of the returned checks are attached hereto as Exhibit 2.) Since I received the checks from 4th & Geary, I have gone to 4th & Geary on numerous occasions to discuss payment of the debt, but I have not been able to speak with Yanna Koliatsis or the defendant.

12.    Defendants' failure, refusal, inability to pay and the passing of four (4) insufficient funds checks, demonstrate that defendants are failing to maintain sufficient assets in the statutory trust, and are dissipating assets.

13. Unless the assets of the defendant corporation are frozen, it is likely the trust assets will continue to be dissipated. As a result, Golden State Produce will suffer immediate and irreparable harm because it will lose the trust assets and rights that are owed under the statute.

14. No provisional remedy has been secured or sought in this action, and no prior application has been made for the same or similar relief as is sought herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except for those matters stated under information and belief, and as to those matters, I am informed and believe them to be true and correct. If called upon to testify as to the foregoing, I am competent to so testify.

Executed on November ___8 th 2007 in San Mateo County California.

LEE-RAY TARANTINO CO., INC., d/b/a
GOLDEN STATE PRODUCE CO.


Michael Lai

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _San Mateo_                    } ss.

On _11-8-07_, before me, _Mario Caimotto_,
        Date                              Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Michael Lai_,
                                          Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Mario Caimotto_
        Signature of Notary Public

MARIO CAIMOTTO
COMM. #1637329
NOTARY PUBLIC-CALIFORNIA
SAN MATEO COUNTY
My Commission Expires Feb. 7, 2010

Place Notary Seal Above

---
## OPTIONAL
---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

## Description of Attached Document

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

## Capacity(ies) Claimed by Signer

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT 1

COUNTING



**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| ACCOUNT NO. | 99001 |
| --- | --- |
| STATEMENT DATE | 11/05/07 |

| DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
| --- | --- | --- | --- | --- |
| 8/19/07 | 591386 | 321.00 | 151.60- | 169.40 |
| 8/19/07 | 591387 | 399.00 | | 399.00 |
| 8/22/07 | 224410 | 2397.50 | | 2,397.50 |
| 8/22/07 | 351441 | 1175.00 | | 1,175.00 |
| 8/22/07 | 351463 | 435.50 | | 435.50 |
| 8/22/07 | 351712 | 648.00 | | 648.00 |
| 8/22/07 | 591054 | 207.00 | | 207.00 |
| 8/22/07 | 591388 | 400.00 | | 400.00 |
| 8/22/07 | 591524 | 989.00 | | 989.00 |
| 8/22/07 | 591525 | 781.00 | | 781.00 |
| 8/22/07 | 591526 | 751.00 | | 751.00 |
| 8/22/07 | 591527 | 217.50 | | 217.50 |
| 8/22/07 | 591600 | 281.00 | | 281.00 |
| 8/23/07 | 351704 | 1015.50 | | 1,015.50 |
| 8/23/07 | 351770 | 417.00 | | 417.00 |
| 8/23/07 | 351707 | 321.00 | | 321.00 |
| 8/24/07 | 225142 | 387.00 | | 387.00 |
| 8/24/07 | 591801 | 193.50 | | 193.50 |
| 8/24/07 | 591738 | 374.50 | | 374.50 |
| 8/25/07 | 224545 | 279.50 | | 279.50 |
| 8/25/07 | 351970 | 676.00 | | 676.00 |
| 8/26/07 | 224588 | 117.00 | | 117.00 |
| 8/27/07 | | 847.50 | | 847.50 |

*** Continued on Next Page ***

PLEASE PAY

---

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
| --- | --- | --- | --- | --- |
| 7/27/07 | 8/26/07 | 224589 | 666.00 | |
| 7/27/07 | 8/26/07 | 224925 | 1554.00 | |
| 7/27/07 | 8/26/07 | 224926 | 90.00 | |
| 7/27/07 | 8/26/07 | 351969 | 599.50 | |
| 7/27/07 | 8/26/07 | 352248 | 26.00 | |
| 7/27/07 | 8/26/07 | 591740 | 61.00 | |
| 7/27/07 | 8/26/07 | 591206 | 301.50 | |
| 7/27/07 | 8/26/07 | 590063 | 343.00 | |
| 7/27/07 | 8/26/07 | 590064 | 735.00 | |
| 7/31/07 | 8/30/07 | 224974 | 1242.50 | |
| 7/31/07 | 8/30/07 | 225079 | 48.00 | |
| 7/31/07 | 8/30/07 | 225141 | 126.00 | |
| 7/31/07 | 8/30/07 | 352124 | 1212.50 | |
| 7/31/07 | 8/30/07 | 352122 | 677.50 | |
| 7/31/07 | 8/30/07 | 352125 | 360.00 | |
| 7/31/07 | 8/30/07 | 352223 | 442.00 | |
| 7/31/07 | 8/30/07 | 352489 | 312.00 | |
| 7/31/07 | 8/30/07 | 352490 | 123.00 | |
| 7/31/07 | 8/30/07 | 352584 | 390.50 | |
| 7/31/07 | 8/30/07 | 352594 | 234.50 | |
| 7/31/07 | 8/30/07 | 352596 | 57.75 | |
| 7/31/07 | 8/30/07 | 591940 | 1420.00 | |

*** Continued on Next Page ***

PLEASE PAY

11/05/2007    6508750193    COUNTING    PAGE 03/16

## FRESHPOINT
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| ACCOUNT NO. | 99001 |
|---|---|
| STATEMENT DATE | 11/05/07 |

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 7/31/07 | 8/30/07 | 591941 | 452.50 | | 452.50 |
| 7/31/07 | 8/30/07 | 1009430 | 1668.90 | | 1,668.90 |
| 8/01/07 | 8/31/07 | 592189 | 173.00 | | 173.00 |
| 8/01/07 | 8/31/07 | 592298 | 272.00 | | 272.00 |
| 8/01/07 | 8/31/07 | 592448 | 238.50 | | 238.50 |
| 8/01/07 | 8/31/07 | 592445 | 566.50 | | 566.50 |
| 8/01/07 | 9/01/07 | 592155 | 461.50 | | 461.50 |
| 8/01/07 | 9/01/07 | 592173 | 880.00 | | 880.00 |
| 8/01/07 | 9/01/07 | 352430 | 356.50 | | 356.50 |
| 8/02/07 | 9/01/07 | 352431 | 365.00 | | 365.00 |
| 8/02/07 | 9/01/07 | 352671 | 95.00 | | 95.00 |
| 8/02/07 | 9/02/07 | 592316 | 25.00 | | 25.00 |
| 8/02/07 | 9/02/07 | 352766 | 403.50 | | 403.50 |
| 8/03/07 | 9/02/07 | 352657 | 73.00 | | 73.00 |
| 8/03/07 | 9/02/07 | 352748 | 915.00 | | 915.00 |
| 8/03/07 | 9/02/07 | 592149 | 487.50 | | 487.50 |
| 8/03/07 | 9/03/07 | 352831 | 811.00 | | 811.00 |
| 8/03/07 | 9/03/07 | 225831 | 850.00 | | 850.00 |
| 8/06/07 | 9/03/07 | 225232 | 742.00 | | 742.00 |
| 8/06/07 | 9/06/07 | 225300 | 1,667.00 | | 1,667.00 |
| 8/06/07 | 9/06/07 | 225399 | 167.50 | | 167.50 |

*** Continued on Next Page ***



PLEASE PAY

---

## FRESHPOINT
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
|---|---|---|---|---|
| 8/07/07 | 9/06/07 | 225419 | 148.50 | |
| 8/07/07 | 9/06/07 | 352829 | 497.00 | |
| 8/07/07 | 9/06/07 | 352930 | 474.50 | |
| 8/07/07 | 9/06/07 | 229709 | 335.50 | |
| 8/07/07 | 9/06/07 | 353112 | 1011.75 | |
| 8/07/07 | 9/06/07 | 592315 | 1535.50 | |
| 8/07/07 | 9/06/07 | 592318 | 200.00 | |
| 8/08/07 | 9/07/07 | 592305 | 349.00 | |
| 8/08/07 | 9/07/07 | 592308 | 569.50 | |
| 8/08/07 | 9/07/07 | 353209 | 388.00 | |
| 8/08/07 | 9/07/07 | 353217 | 130.50 | |
| 8/08/07 | 9/07/07 | 353218 | 151.50 | |
| 8/08/07 | 9/07/07 | 592602 | 546.00 | |
| 8/08/07 | 9/07/07 | 225520 | 150.00 | |
| 8/09/07 | 9/08/07 | 225521 | 300.00 | |
| 8/09/07 | 9/08/07 | 225570 | 123.00 | |
| 8/09/07 | 9/08/07 | 225587 | 454.50 | |
| 8/09/07 | 9/08/07 | 353320 | 56.00 | |
| 8/09/07 | 9/08/07 | 353321 | 444.50 | |
| 8/09/07 | 9/08/07 | 592996 | 82.50 | |
| 8/09/07 | 9/08/07 | 592997 | 912.00 | |
| 8/09/07 | 9/08/07 | 592088 | 518.00 | |
| 8/09/07 | 9/08/07 | 592089 | 636.50 | |
| 8/09/07 | 9/08/07 | 592090 | | |

*** Continued on Next ***

PLEASE PAY

11/05/2007    Case 4:07-cv-05705-CW    Document 5    Filed 11/09/2007    Page 9 of 34
COUNTRYWIDE                                                                PAGE  04/16

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| ACCOUNT NO. | 99001 |
| STATEMENT DATE | 11/05/07 |

Statement (5)

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 8/10/07 | 9/09/07 | 225568 | 2,330.00 | | 2,330.00 |
| 8/10/07 | 9/09/07 | 225569 | 635.00 | | 635.00 |
| 8/10/07 | 9/09/07 | 225648 | 683.00 | | 683.00 |
| 8/10/07 | 9/09/07 | 225652 | 635.00 | | 635.00 |
| 8/10/07 | 9/09/07 | 353423 | 306.00 | | 306.00 |
| 8/10/07 | 9/09/07 | 353605 | 564.00 | | 564.00 |
| 8/14/07 | 9/13/07 | 225750 | 342.50 | | 342.50 |
| 8/14/07 | 9/13/07 | 353409 | 1,142.00 | | 1,142.00 |
| 8/14/07 | 9/13/07 | 353410 | 387.50 | | 387.50 |
| 8/14/07 | 9/13/07 | 353411 | 613.50 | | 613.50 |
| 8/14/07 | 9/13/07 | 353572 | 337.50 | | 337.50 |
| 8/14/07 | 9/13/07 | 353573 | 109.50 | | 109.50 |
| 8/14/07 | 9/13/07 | 353089 | 1,326.50 | | 1,326.50 |
| 8/14/07 | 9/13/07 | 593090 | 165.50 | | 165.50 |
| 8/14/07 | 9/13/07 | 593283 | 306.50 | | 306.50 |
| 8/15/07 | 9/14/07 | 225804 | 162.50 | | 162.50 |
| 8/15/07 | 9/14/07 | 352893 | 295.00 | | 295.00 |
| 8/15/07 | 9/14/07 | 593429 | 401.00 | | 401.00 |
| 8/16/07 | 9/15/07 | 354002 | 121.00 | | 121.00 |
| 8/16/07 | 9/15/07 | 597479 | 335.00 | | 335.00 |
| 8/16/07 | 9/15/07 | 597480 | 241.00 | | 241.00 |
| 8/17/07 | 9/16/07 | 597469 | 184.50 | | 184.50 |
| 8/17/07 | 9/16/07 | 225939 | 158.50 | | 158.50 |

*** Continued on Next Page ***

PLEASE PAY

---

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

Statement (6)

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
|---|---|---|---|---|
| 8/17/07 | 9/16/07 | 225952 | 689.50 | |
| 8/17/07 | 9/16/07 | 225969 | 990.00 | |
| 8/17/07 | 9/16/07 | 354172 | 617.50 | |
| 8/20/07 | 9/19/07 | 597488 | 995.50 | |
| 8/20/07 | 9/19/07 | 597489 | 589.75 | |
| 8/20/07 | 9/19/07 | 597494 | 1,266.00 | |
| 8/21/07 | 9/20/07 | 353998 | 320.00 | |
| 8/21/07 | 9/20/07 | 354027 | 1,304.00 | |
| 8/21/07 | 9/20/07 | 354028 | 545.00 | |
| 8/21/07 | 9/20/07 | 354028 | 482.00 | |
| 8/21/07 | 9/20/07 | 354218 | 464.50 | |
| 8/21/07 | 9/20/07 | 354219 | 201.00 | |
| 8/21/07 | 9/20/07 | 593556 | 571.50 | |
| 8/23/07 | 9/20/07 | 593557 | 1,544.00 | |
| 8/23/07 | 9/22/07 | 354388 | 165.50 | |
| 8/23/07 | 9/22/07 | 354491 | 747.00 | |
| 8/23/07 | 9/22/07 | 354512 | 482.50 | |
| 8/23/07 | 9/22/07 | 354575 | 341.00 | |
| 8/23/07 | 9/22/07 | 354596 | 143.00 | |
| 8/23/07 | 9/22/07 | 593731 | 140.00 | |
| 8/23/07 | 9/22/07 | 593770 | 726.50 | |
| 8/23/07 | 9/22/07 | 593969 | 295.00 | |
| 8/24/07 | 9/23/07 | 225842 | 2281.50 | |

*** Continued on Nex

PLEASE PAY

## Statement 1

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

ACCOUNT NO. 99001
STATEMENT DATE 11/05/07

⑦

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 9/24/07 | 9/29/07 | 225843 | 882.00 | | 882.00 |
| 9/24/07 | 9/29/07 | 226110 | 146.00 | | 146.00 |
| 9/24/07 | 9/29/07 | 226179 | 286.00 | | 286.00 |
| 9/24/07 | 9/29/07 | 226230 | 199.50 | | 199.50 |
| 9/23/07 | 9/28/07 | 226268 | 207.50 | | 207.50 |
| 9/23/07 | 9/28/07 | 226282 | 554.00 | | 499.00 |
| /24/07 | /24/07 | 354809 | 460.00 | | 460.00 |
| /24/07 | /24/07 | 354810 | 173.00 | | 173.00 |
| /4/07 | /4/07 | 354071 | 754.50 | | 754.50 |
| /07 | /07 | 354072 | 767.00 | | 767.00 |
| /07 | /07 | 354073 | 929.00 | | 929.00 |
| 8/31/07 | 8/30/07 | 354673 | 1,452.00 | | 1,452.00 |
| 9/24/07 | 9/26/07 | 354674 | 954.50 | | 954.50 |
| 9/24/07 | 9/26/07 | 354675 | 124.00 | | 124.00 |
| 9/24/07 | 9/26/07 | 355017 | 118.50 | | 118.50 |
| 9/23/07 | 9/27/07 | 594213 | 470.00 | | 470.00 |
| 9/27/07 | 9/27/07 | 594217 | 719.50 | | 719.50 |
| 8/27/07 | 9/26/07 | 594210 | 1,517.00 | | 1,517.00 |
| 8/28/07 | 9/27/07 | 226267 | 1,092.00 | | 1,092.00 |
| /28/07 | 9/27/07 | 226482 | 366.50 | | 366.50 |
| /29/07 | 9/28/07 | 594348 | 414.50 | | 414.50 |
| /30/07 | 9/29/07 | 226380 | 792.00 | | 792.00 |
| /30/07 | 9/29/07 | 226553 | 121.50 | | 121.50 |

**PLEASE PAY**

*** Continued on Next Page ***

## Statement 2

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

⑧

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
|---|---|---|---|---|
| 8/30/07 | 9/29/07 | 226615 | 890.00 | |
| 8/30/07 | 9/29/07 | 355112 | 269.75 | |
| 8/30/07 | 9/29/07 | 355114 | 215.00 | |
| 8/30/07 | 9/29/07 | 355214 | 808.50 | |
| 9/29/07 | 9/29/07 | 355207 | 454.00 | |
| 8/30/07 | 9/29/07 | 355208 | 55.00 | |
| 8/30/07 | 9/29/07 | 355214 | 16.50 | |
| 8/30/07 | 9/29/07 | 594853 | 544.50 | |
| 8/30/07 | 9/29/07 | 597652 | 400.50 | |
| 9/29/07 | 9/29/07 | 597707 | 252.50 | |
| 8/30/07 | 9/29/07 | 597708 | 400.50 | |
| 9/30/07 | 10/09/07 | 1005906 | 1801.75 -SVC | |
| 10/04/07 | 10/04/07 | 356409 | 195.00 | |
| 10/04/07 | 10/04/07 | 356411 | 1290.00 | |
| 10/05/07 | 10/05/07 | 356234 | 710.50 | |
| 10/05/07 | 10/05/07 | 355235 | 362.50 | |
| 10/05/07 | 10/05/07 | 355236 | 409.00 | |
| 10/05/07 | 10/05/07 | 355410 | 449.50 | |
| 10/06/07 | 10/06/07 | 226634 | 1549.50 | |
| 10/06/07 | 10/06/07 | 226635 | 604.00 | |
| 10/06/07 | 10/06/07 | 226737 | 858.00 | |
| 10/06/07 | 10/06/07 | 226738 | 243.00 | |
| 10/06/07 | 10/06/07 | 226750 | 640.00 | |
| 10/06/07 | 10/06/07 | 226907 | 169.00 | |

**PLEASE PAY**

*** Continued on Next ***

11/05/2007

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| ACCOUNT NO. | 99001 |
| STATEMENT DATE | 11/05/07 |

⑨

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 10/06/07 | 10/06/07 | 226914 | 765.00 | | 765.00 |
| 10/06/07 | 10/06/07 | 227009 | 694.50 | | 694.50 |
| 10/06/07 | 10/06/07 | 355663 | 652.50 | | 652.50 |
| 10/06/07 | 10/06/07 | 355663 | 438.50 | | 438.50 |
| 10/06/07 | 10/06/07 | 355740 | 343.50 | | 343.50 |
| 10/06/07 | 10/06/07 | 355740 | 55.50 | | 55.50 |
| 10/06/07 | 10/06/07 | 355806 | 14.50 | | 14.50 |
| 10/06/07 | 10/06/07 | 594260 | 1,262.50 | | 1,262.50 |
| 10/06/07 | 10/06/07 | 594261 | 627.00 | | 627.00 |
| 10/06/07 | 10/06/07 | 594262 | 1,180.00 | | 1,180.00 |
| 10/06/07 | 10/06/07 | 594565 | 956.00 | | 956.00 |
| 10/06/07 | 10/06/07 | 594566 | 365.00 | | 365.00 |
| 10/06/07 | 10/06/07 | 594567 | 420.00 | | 420.00 |
| 10/06/07 | 10/06/07 | 594623 | 323.50 | | 323.50 |
| 10/06/07 | 10/06/07 | 594624 | 78.50 | | 78.50 |
| 10/06/07 | 10/06/07 | 594927 | 325.00 | | 325.00 |
| 10/06/07 | 10/06/07 | 594928 | 184.50 | | 184.50 |
| 10/07/07 | 10/07/07 | 227178 | 821.50 | | 821.50 |
| 10/07/07 | 10/07/07 | 355943 | 10.00 | | 10.00 |
| 10/07/07 | 10/07/07 | 595048 | 1,039.75 | | 1,039.75 |
| 10/07/07 | 10/07/07 | 595049 | 341.50 | | 341.50 |
| 10/07/07 | 10/07/07 | 595050 | 378.50 | | 378.50 |
| 10/10/07 | 10/10/07 | 227056 | 1,292.50 | | 1,292.50 |

*** Continued on Next Page ***

PLEASE PAY ▼

---

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

⑩

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
|---|---|---|---|---|
| 10/10/07 | 10/10/07 | 227057 | 334.50 | |
| 9/14/07 | 10/14/07 | 227212 | 246.00 | |
| 9/14/07 | 10/14/07 | 355916 | 981.50 | |
| 9/13/07 | 10/13/07 | 355917 | 466.50 | |
| 9/13/07 | 10/13/07 | 355918 | 193.00 | |
| 9/12/07 | 10/12/07 | 356080 | 1,439.00 | |
| 9/12/07 | 10/12/07 | 356081 | 692.00 | |
| 9/12/07 | 10/12/07 | 595087 | 400.00 | |
| 9/11/07 | 10/11/07 | 597738 | 879.00 | |
| 9/10/07 | 10/10/07 | 597739 | 472.00 | |
| 9/10/07 | 10/10/07 | 597740 | 823.50 | |
| 9/11/07 | 10/11/07 | 356255 | 288.50 | |
| 9/11/07 | 10/11/07 | 356256 | 394.00 | |
| 9/11/07 | 10/11/07 | 356257 | 580.50 | |
| 9/11/07 | 10/11/07 | 595184 | 268.00 | |
| 9/12/07 | 10/12/07 | 356342 | 580.50 | |
| 9/12/07 | 10/12/07 | 356343 | 77.50 | |
| 9/12/07 | 10/12/07 | 597872 | 176.00 | |
| 9/12/07 | 10/12/07 | 597873 | 143.00 | |
| 9/13/07 | 10/13/07 | 227342 | 770.50 | |
| 9/13/07 | 10/13/07 | 227551 | 379.00 | |
| 9/13/07 | 10/13/07 | 356442 | 610.00 | |
| 9/14/07 | 10/14/07 | 595231 | 495.50 | |
| 9/14/07 | 10/14/07 | 595369 | 230.00 | |

*** Continued on Next

PLEASE PAY ▼

## Statement 1

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD
SAN FRANCISCO, CA 94118

| ACCOUNT NO | STATEMENT DATE |
| --- | --- |
| 99001 | 11/05/07 |

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 10/14/07 | 10/14/07 | 595530 | 153.00 | | 153.00 |
| 10/17/07 | 10/17/07 | 227552 | 1,864.50 | | 1,864.50 |
| 10/17/07 | 10/17/07 | 227553 | 948.50 | | 948.50 |
| 10/17/07 | 10/17/07 | 227556 | 1,187.00 | | 1,187.00 |
| 10/17/07 | 10/17/07 | 227569 | 435.00 | | 435.00 |
| 10/17/07 | 10/17/07 | 227577 | 640.00 | | 640.00 |
| 10/17/07 | 10/17/07 | 227595 | 385.50 | | 385.50 |
| 10/17/07 | 10/17/07 | 356543 | 1,013.00 | | 1,013.00 |
| 10/17/07 | 10/17/07 | 356544 | 716.50 | | 716.50 |
| 10/17/07 | 10/17/07 | 356704 | 932.00 | | 932.00 |
| 10/17/07 | 10/17/07 | 356705 | 580.50 | | 580.50 |
| 10/18/07 | 10/18/07 | 356804 | 526.50 | | 526.50 |
| 10/18/07 | 10/18/07 | 595249 | 271.00 | | 271.00 |
| 10/18/07 | 10/18/07 | 595250 | 319.00 | | 319.00 |
| 10/18/07 | 10/18/07 | 595528 | 1,338.50 | | 1,338.50 |
| 10/18/07 | 10/18/07 | 595348 | 989.50 | | 989.50 |
| 10/18/07 | 10/18/07 | 595627 | 734.00 | | 734.00 |
| 10/19/07 | 10/19/07 | 228082 | 461.50 | | 461.50 |
| 10/19/07 | 10/19/07 | 228085 | 220.00 | | 220.00 |
| 10/19/07 | 10/19/07 | 354988 | 385.50 | | 385.50 |
| 10/19/07 | 10/19/07 | 354985 | 182.50 | | 182.50 |
| 10/19/07 | 10/19/07 | 357077 | 325.00 | | 325.00 |
| 10/19/07 | 10/19/07 | 595806 | 225.50 | | 225.50 |

(11)

PLEASE PAY

*** Continued on Next Page ***

## Statement 2

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD
SAN FRANCISCO, CA 94118



(12)

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
| --- | --- | --- | --- | --- |
| 9/19/07 | 10/19/07 | 595875 | 384.50 | |
| 9/20/07 | 10/20/07 | 228000 | 250.00 | |
| 9/21/07 | 10/21/07 | 598000 | 392.50 | |
| 9/21/07 | 10/21/07 | 598027 | 455.50 | |
| 9/21/07 | 10/21/07 | 598028 | 245.00 | |
| 9/21/07 | 10/21/07 | 598041 | | |
| 9/24/07 | 10/24/07 | 227910 | 535.00 | |
| 9/24/07 | 10/24/07 | 228282 | 1,438.50 | |
| 9/24/07 | 10/24/07 | 228283 | 676.50 | |
| 9/24/07 | 10/24/07 | 228293 | 1,041.00 | |
| 9/24/07 | 10/24/07 | 228441 | 254.00 | |
| 9/24/07 | 10/24/07 | 228441 | 1,239.00 | |
| 9/24/07 | 10/24/07 | 357167 | 678.50 | |
| 9/24/07 | 10/24/07 | 357165 | 401.50 | |
| 9/24/07 | 10/24/07 | 357171 | 696.00 | |
| 9/24/07 | 10/24/07 | 357317 | 708.50 | |
| 9/24/07 | 10/24/07 | 357319 | 80.00 | |
| 9/25/07 | 10/25/07 | 357452 | 423.00 | |
| 9/25/07 | 10/25/07 | 357453 | 97.00 | |
| 9/25/07 | 10/25/07 | 595774 | 263.50 | |
| 9/25/07 | 10/25/07 | 595938 | 1,045.50 | |
| 9/27/07 | 10/27/07 | 595939 | 1,037.00 | |
| 9/27/07 | 10/27/07 | 228508 | 534.00 | |
| 10/27/07 | 10/27/07 | 228521 | 334.00 | |

PLEASE PAY

*** Continued on Next

BY CHARGING TO HONOR THE TERMS OF SALE AS GRANTED AND KNOWING BY MY SIGNATURE HEREBY AGREE TO HONOR THE TERMS OF SALE AS GRANTED AND KNOWING A SERVICE CHARGE (THE MAXIMUM ALLOWABLE BY LAW) WILL BE CHARGED ON ALL PAST DUE INDEBTEDNESS. Checks shown on this statement have been reduced to the balance due amount. CONFIDENTIAL, PROPERTY OF FRESHPOINT.

11/05/2007   11:18   6503073031

## Statement 13

FRESHPOINT
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

ACCOUNT NO. 99001
STATEMENT DATE 11/05/07

(13)

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 10/27/07 | 10/27/07 | 357588 | 343.00 | | 343.00 |
| 10/27/07 | 10/27/07 | 357587 | 53.00 | | 53.00 |
| 10/27/07 | 10/27/07 | 357652 | 452.00 | | 452.00 |
| 10/27/07 | 10/27/07 | 357653 | 185.00 | | 185.00 |
| 10/27/07 | 10/27/07 | 357684 | 129.00 | | 129.00 |
| 10/27/07 | 10/27/07 | 595775 | 181.50 | | 181.50 |
| 10/27/07 | 10/27/07 | 595775 | 440.00 | | 440.00 |
| 10/27/07 | 10/27/07 | 598078 | 302.50 | | 302.50 |
| 10/27/07 | 10/27/07 | 598231 | 392.50 | | 392.50 |
| 10/27/07 | 10/27/07 | 598232 | 122.50 | | 122.50 |
| 10/27/07 | 10/27/07 | 598547 | 1,125.00 | | 1,125.00 |
| 10/28/07 | 10/28/07 | 598548 | 696.50 | | 696.50 |
| 10/28/07 | 10/28/07 | 598580 | 32.00 | | 32.00 |
| 10/28/07 | 10/28/07 | 598680 | 697.50 | | 697.50 |
| 10/28/07 | 10/28/07 | 228730 | 1,108.50 | | 1,108.50 |
| 10/28/07 | 10/28/07 | 228740 | 284.50 | | 284.50 |
| 10/28/07 | 10/28/07 | 595779 | 1,117.00 | | 1,117.00 |
| 10/28/07 | 10/28/07 | 595780 | 505.00 | | 505.00 |
| 10/28/07 | 10/28/07 | 595799 | 837.00 | | 837.00 |
| 10/28/07 | 10/28/07 | 598126 | 561.00 | | 561.00 |
| 10/28/07 | 10/28/07 | 598127 | 146.50 | | 146.50 |
| 10/01/07 | 10/31/07 | 228986 | 335.50 | | 335.50 |

*** Continued on Next Page ***

PLEASE PAY

---

## Statement 14

FRESHPOINT
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

(14)

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
|---|---|---|---|---|
| 10/01/07 | 10/31/07 | 357768 | 942.50 | |
| 10/01/07 | 10/31/07 | 357918 | 596.00 | |
| 10/01/07 | 10/31/07 | 357919 | 851.00 | |
| 10/01/07 | 10/31/07 | 358075 | 447.50 | |
| 10/01/07 | 10/31/07 | 1009568 | 1557.80 | KVC |
| 10/02/07 | 11/01/07 | 228924 | 943.50 | |
| 10/02/07 | 11/01/07 | 595949 | 214.50 | |
| 10/02/07 | 11/01/07 | 229059 | 336.00 | |
| 10/03/07 | 11/02/07 | 357769 | 1045.00 | |
| 10/03/07 | 11/02/07 | 358149 | 410.50 | |
| 10/03/07 | 11/02/07 | 358149 | 173.00 | |
| 10/03/07 | 11/02/07 | 595844 | 443.00 | |
| 10/03/07 | 11/02/07 | 358232 | 631.00 | |
| 10/04/07 | 11/03/07 | 358233 | 59.00 | |
| 10/04/07 | 11/03/07 | 596192 | 197.50 | |
| 10/04/07 | 11/03/07 | 596193 | 150.50 | |
| 10/04/07 | 11/03/07 | 228941 | 1424.50 | |
| 10/05/07 | 11/04/07 | 228942 | 739.00 | |
| 10/05/07 | 11/04/07 | 229192 | 869.00 | |
| 10/05/07 | 11/04/07 | 229193 | 1013.00 | |
| 10/05/07 | 11/04/07 | 358323 | 1162.00 | |
| 10/05/07 | 11/04/07 | 358324 | 760.00 | |
| 11/04/07 | 11/04/07 | 358325 | 788.00 | |

*** Continued on Next

PLEASE PAY

## Statement 15

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

ACCOUNT NO 97001
STATEMENT DATE 11/05/07

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 10/05/07 | 11/04/07 | 358491 | 400.00 | | 400.00 |
| 10/05/07 | 11/04/07 | 358492 | 106.00 | | 106.00 |
| 10/05/07 | 11/04/07 | 596436 | 728.00 | | 728.00 |
| 10/05/07 | 11/04/07 | 596437 | 733.75 | | 733.75 |
| 10/05/07 | 11/04/07 | 596444 | 474.00 | | 474.00 |
| 10/05/07 | 11/04/07 | 596445 | 417.50 | | 417.50 |
| 10/08/07 | 11/07/07 | 229403 | 24.00 | | 24.00 |
| 10/08/07 | 11/07/07 | 358615 | 312.50 | | 312.50 |
| 10/08/07 | 11/07/07 | 358616 | 103.00 | | 103.00 |
| 10/08/07 | 11/07/07 | 358618 | 39.00 | | 39.00 |
| 10/08/07 | 11/07/07 | 596497 | 424.00 | | 424.00 |
| 10/08/07 | 11/07/07 | 599925 | 1,100.50 | | 1,100.50 |
| 10/08/07 | 11/07/07 | 599926 | 317.50 | | 317.50 |
| 10/08/07 | 11/07/07 | 599927 | 215.00 | | 215.00 |
| 10/09/07 | 11/08/07 | 229483 | 721.50 | | 721.50 |
| 10/09/07 | 11/08/07 | 358759 | 461.00 | | 461.00 |
| 10/10/07 | 11/09/07 | 358740 | 136.00 | | 136.00 |
| 10/10/07 | 11/09/07 | 596636 | 497.00 | | 497.00 |
| 10/10/07 | 11/09/07 | 596637 | 163.00 | | 163.00 |
| 10/11/07 | 11/10/07 | 358661 | 393.00 | | 393.00 |
| 10/11/07 | 11/10/07 | 358862 | 69.50 | | 69.50 |
| 10/11/07 | 11/10/07 | 358873 | 1,215.50 | | 1,215.50 |
| 10/11/07 | 11/10/07 | 358983 | 37.00 | | 37.00 |

PLEASE PAY

*** Continued on Next Page ***

## Statement 16

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
|---|---|---|---|---|
| 10/11/07 | 11/10/07 | 596647 | 249.25 | |
| 10/11/07 | 11/10/07 | 596648 | 273.00 | |
| 10/11/07 | 11/10/07 | 597132 | 1,109.75 | |
| 10/11/07 | 11/10/07 | 597133 | 528.00 | |
| 10/11/07 | 11/10/07 | 597134 | 142.00 | |
| 10/12/07 | 11/11/07 | 229840 | 1,100.00 | |
| 10/12/07 | 11/11/07 | 229841 | 566.00 | |
| 10/12/07 | 11/11/07 | 358739 | 763.00 | |
| 10/12/07 | 11/11/07 | 359103 | 1,142.50 | |
| 10/12/07 | 11/11/07 | 358940 | 217.00 | |
| 10/12/07 | 11/11/07 | 359104 | 169.00 | |
| 10/12/07 | 11/11/07 | 597223 | 231.00 | |
| 10/12/07 | 11/11/07 | 597224 | 107.50 | |
| 11/11/07 | 11/14/07 | 229048 | 274.50 | |
| 11/11/07 | 11/14/07 | 229571 | 364.50 | |
| 11/11/07 | 11/14/07 | 229572 | 88.00 | |
| 11/11/07 | 11/14/07 | 229685 | 872.50 | |
| 11/11/07 | 11/14/07 | 229702 | 1,060.50 | |
| 11/11/07 | 11/14/07 | 229686 | 93.00 | |
| 11/14/07 | 11/14/07 | 229187 | 531.50 | |
| 11/14/07 | 11/14/07 | 597278 | 313.50 | |
| 11/14/07 | 11/15/07 | 359187 | 100.00 | |
| 11/16/07 | 11/15/07 | 359342 | 665.00 | |

PLEASE PAY

*** Continued on N...

## Statement 1 (17)

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

ACCOUNT NO. 99001
STATEMENT DATE 11/05/07

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 10/16/07 | 11/15/07 | 597287 | 145.00 | | 145.00 |
| 10/16/07 | 11/16/07 | 597724 | 447.00 | | 447.00 |
| 10/17/07 | 11/16/07 | 229725 | 309.00 | | 309.00 |
| 10/17/07 | 11/16/07 | 229705 | 915.00 | | 915.00 |
| 10/17/07 | 11/16/07 | 229708 | 357.00 | | 357.00 |
| 10/17/07 | 11/16/07 | 560451 | 787.00 | | 787.00 |
| 10/17/07 | 11/16/07 | 597082 | 151.00 | | 151.00 |
| 10/17/07 | 11/16/07 | 597435 | 26.00 | | 26.00 |
| 10/17/07 | 11/16/07 | 597337 | 549.50 | | 549.50 |
| 10/17/07 | 11/16/07 | 229998 | 946.00 | | 946.00 |
| 10/18/07 | 11/17/07 | 229999 | 176.50 | | 176.50 |
| 10/18/07 | 11/17/07 | 359526 | 596.50 | | 596.50 |
| 10/18/07 | 11/17/07 | 359527 | 812.00 | | 812.00 |
| 10/18/07 | 11/17/07 | 359528 | 194.00 | | 194.00 |
| 10/18/07 | 11/17/07 | 359543 | 189.00 | | 189.00 |
| 10/18/07 | 11/17/07 | 359554 | 729.00 | | 729.00 |
| 10/18/07 | 11/17/07 | 359525 | 400.00 | | 400.00 |
| 10/18/07 | 11/17/07 | 598326 | 1,897.00 | | 1,897.00 |
| 10/18/07 | 11/17/07 | 230022 | 786.00 | | 786.00 |
| 10/19/07 | 11/18/07 | 230023 | 225.00 | | 225.00 |
| 10/19/07 | 11/18/07 | 230024 | 457.00 | | 457.00 |
| 10/19/07 | 11/18/07 | 359669 | 669.00 | | 669.00 |
| 10/19/07 | 11/18/07 | 359670 | 60.00 | | 60.00 |
| 10/19/07 | 11/18/07 | 359671 | 6.00 | | 6.00 |
| 10/19/07 | 11/18/07 | 598522 | 1,483.50 | | 1,483.50 |

PLEASE PAY

*** Continued on Next Page ***

## Statement 2 (18)

**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA 94118

ACCOUNT NO. 99001
STATEMENT DATE 11/05/07

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 10/19/07 | 11/18/07 | 598523 | 1,237.00 | | 1,237.00 |
| 10/19/07 | 11/18/07 | 598536 | 210.00 | | 210.00 |
| 10/22/07 | 11/21/07 | 230151 | 60.00 | | 60.00 |
| 10/22/07 | 11/21/07 | 230231 | 385.00 | | 385.00 |
| 10/22/07 | 11/21/07 | 359767 | 299.00 | | 299.00 |
| 10/22/07 | 11/21/07 | 597769 | 127.50 | | 127.50 |
| 10/22/07 | 11/21/07 | 598565 | 638.00 | | 638.00 |
| 10/22/07 | 11/21/07 | 598503 | 570.00 | | 570.00 |
| 10/22/07 | 11/21/07 | 598566 | 237.00 | | 237.00 |
| 10/23/07 | 11/22/07 | 230315 | 834.00 | | 834.00 |
| 10/23/07 | 11/22/07 | 359915 | 615.00 | | 615.00 |
| 10/23/07 | 11/22/07 | 359916 | 131.00 | | 131.00 |
| 10/23/07 | 11/22/07 | 598820 | 423.00 | | 423.00 |
| 10/23/07 | 11/22/07 | 598821 | 79.50 | | 79.50 |
| 10/23/07 | 11/22/07 | 359995 | 256.00 | | 256.00 |
| 10/24/07 | 11/23/07 | 598889 | 527.50 | | 527.50 |
| 10/24/07 | 11/23/07 | 598898 | 153.00 | | 153.00 |
| 10/24/07 | 11/23/07 | 230246 | 431.00 | | 431.00 |
| 10/25/07 | 11/24/07 | 230289 | 668.00 | | 668.00 |
| 10/25/07 | 11/24/07 | 230290 | 294.00 | | 294.00 |
| 10/25/07 | 11/24/07 | 230293 | 296.00 | | 296.00 |
| 10/25/07 | 11/24/07 | 360017 | 841.00 | | 841.00 |
| 10/25/07 | 11/24/07 | 360022 | 94.00 | | 94.00 |

PLEASE PAY

*** Continued on Next Page ***

11/05/2007  11:18    6506730

## FRESHPOINT
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA  94118

| ACCOUNT NO. | 99001 |
| --- | --- |
| STATEMENT DATE | 11/05/07 |

(C) 19

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 10/25/07 | 11/24/07 | 360026 | 945.00 | | 945.00 |
| 10/25/07 | 11/24/07 | 360027 | 176.00 | | 176.00 |
| 10/25/07 | 11/24/07 | 360060 | 314.00 | | 314.00 |
| 10/25/07 | 11/24/07 | 360063 | 33.00 | | 33.00 |
| 10/25/07 | 11/24/07 | 360908 | 927.00 | | 927.00 |
| 10/25/07 | 11/24/07 | 598907 | 725.50 | | 725.50 |
| 10/25/07 | 11/24/07 | 598910 | 346.50 | | 346.50 |
| 0/25/07 | 11/24/07 | 598911 | 420.00 | | 420.00 |
| 0/25/07 | 11/24/07 | 598960 | 210.00 | | 210.00 |
| 0/25/07 | 11/24/07 | 230441 | 1,357.00 | | 1,357.00 |
| 0/25/07 | 11/24/07 | 230442 | 659.00 | | 659.00 |
| 10/26/07 | 11/25/07 | 230443 | 166.00 | | 166.00 |
| 10/26/07 | 11/25/07 | 230558 | 572.00 | | 572.00 |
| 10/26/07 | 11/25/07 | 360153 | 1196.00 | | 1,196.00 |
| 10/26/07 | 11/25/07 | 360154 | 393.00 | | 393.00 |
| 10/26/07 | 11/25/07 | 360155 | 265.00 | | 265.00 |
| 10/26/07 | 11/25/07 | 599057 | 304.00 | | 304.00 |
| 10/26/07 | 11/25/07 | 59905B | 1,205.50 | | 1,205.50 |
| 10/26/07 | 11/25/07 | 599112 | 120.00 | | 120.00 |
| 10/27/07 | 11/26/07 | 230550 | 1,086.50 | | 1,086.50 |
| 10/27/07 | 11/26/07 | 360332 | 884.00 | | 884.00 |
| 10/29/07 | 11/28/07 | 360333 | 220.00 | | 220.00 |
| 11/29/07 | 11/28/07 | 599257 | 310.00 | | 310.00 |

**PLEASE PAY**

*** Continued on Next Page ***

I HEREBY AGREE TO HONOR THE TERMS OF SALE AS GRANTED AND ACKNOWLEDGE THAT A SERVICE CHARGE (THE MAXIMUM ALLOWABLE BY LAW) WILL BE CHARGED ON ALL PAST DUE INDEBTEDNESS. Checks shown on this statement have been effected in the balance due amount. These amounts are subject to adjustment by payment of the reduced balance due amount. CONFIDENTIAL PROPERTY OF FRESHPOINT.

---

## FRESHPOINT
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-240
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO, CA  94118

(20)

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT |
| --- | --- | --- | --- | --- |
| 11/29/07 | 11/28/07 | 599258 | 286.50 | |
| 11/29/07 | 11/28/07 | 599262 | 96.00 | |
| 11/29/07 | 11/28/07 | 230640 | 124.00 | |
| 11/29/07 | 11/29/07 | 360640 | 327.00 | |
| 11/29/07 | 11/29/07 | 360642 | 350.00 | |
| 11/29/07 | 11/29/07 | 360643 | 312.50 | |
| 11/29/07 | 11/29/07 | 599831 | 112.50 | |
| 11/30/07 | 11/29/07 | 230649 | 817.50 | |
| 11/30/07 | 11/30/07 | 360694 | 623.00 | |
| 11/30/07 | 11/30/07 | 360697 | 154.00 | |
| 10/31/07 | 11/30/07 | 599389 | 239.50 | |
| 11/31/07 | 11/30/07 | 599390 | 102.50 | SVC |
| 11/30/07 | 11/30/07 | 1009638 | 1,869.01 | |
| 12/01/07 | 11/30/07 | 1009738 | 1,153.50 | |
| 12/01/07 | 12/01/07 | 230772 | 323.00 | |
| 12/01/07 | 12/01/07 | 230773 | 65.00 | |
| 12/01/07 | 12/01/07 | 230780 | 739.00 | |
| 12/01/07 | 12/01/07 | 360659 | 438.00 | |
| 12/01/07 | 12/01/07 | 360660 | 683.50 | |
| 12/01/07 | 12/01/07 | 599536 | 1,207.50 | |
| 12/01/07 | 12/01/07 | 599537 | 683.50 | |
| 12/02/07 | 12/02/07 | 599581 | 68.00 | |
| 12/02/07 | 12/02/07 | 230889 | 1,107.00 | |
| 12/02/07 | 12/02/07 | 230890 | 560.50 | |
| 12/02/07 | 12/02/07 | 230894 | 1,219.00 | |

**PLEASE PAY**

*** Continued on N...

I HEREBY AGREE TO HONOR THE TERMS OF SALE AS GRANTED AND ACKNOWLEDGE THAT A SERVICE CHARGE (THE MAXIMUM ALLOWABLE BY LAW) WILL BE CHARGED ON ALL PAST DUE INDEBTEDNESS. Checks shown on this statement have been effected in the balance due amount. These amounts are subject to adjustment by payment of the reduced balance due amount. CONFIDENTIAL PROPERTY OF FRESHPOINT.

11/05/2007  11:18



**FRESHPOINT**
GOLDEN STATE PRODUCE
P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2408
650/761-2854 * 650/873-0364

4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO CA 94118

| ACCOUNT NO. | 99001 |
| STATEMENT DATE | 11/05/07 |

| INV DATE | DUE DATE | INVOICE # | ORIGINAL AMOUNT | CREDIT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| 11/02/07 | 12/02/07 | 360813 | 847.50 | | 847.50 |
| 11/02/07 | 12/02/07 | 360814 | 417.00 | | 417.00 |
| 11/02/07 | 12/02/07 | 599342 | 656.50 | | 656.50 |
| 11/02/07 | 12/02/07 | 599342 | 87.00 | | 87.00 |
| 11/02/07 | 12/02/07 | 599343 | | | |

*(handwritten: NSF, NSF)*   *(handwritten amounts: 23,000.00  19,000.00  18,000.00  16,000.00)*   *(circled: 21)*

| Current | Past Due 1-7 | Past Due 8-14 | Past Due 15-21 | Past Due 22+ |
| --- | --- | --- | --- | --- |
| 68287.01 | 18531.05 | 21574.50 | 16608.50 | 17343.30 |

**PLEASE PAY** 252,344.36

*(handwritten: 308,344.36)*

I HEREBY AGREE TO HONOR THE TERMS OF SALE AS GRANTED AND ACKNOWLEDGE THAT A SERVICE CHARGE OF 1 1/2% PER MONTH MAY BE CHARGED ON ALL PAST DUE INDEBTEDNESS. Deals shown on this statement have been reduced to the balance due amount. These amounts due can be reduced by payment of the reduced balance.
CONFIDENTIAL PROPERTY OF FRESHPOINT.

354027

SAN FRANCISCO       SO. SAN FRANCISCO
(650-761-2947)      (650-873-9432)

# GOLDEN STATE PRODUCE

GOLDEN GATE PRODUCE TERMINAL UNITS 15-21
P.O. BOX 2408 SO. SAN FRANCISCO, CA 94083-2408

Sold To: _____   Date: _____

e Payment To: P.O. BOX 2408
              SOUTH SAN FRANCISCO, CA 9408

Bill To: 4TH & GEARY FARMERS MKT.

         3931 GEARY BLVD.
         SAN FRANCISCO   CA 94118

| O. Number | | Salesman | Terms |
|---|---|---|---|
| | | JOSE CEJA | NET 30 DUE DAT |

| ription | Unit Weight |
|---|---|
| GREENS | 16.00 |
| PEPPER-WIRE BOUND | 25.00 |
| CHILE PEPPERS, WIREBOUND | 45.00 |
| CHILE PEPPERS-WIRE BOUND | 25.00 |
| ROOT (12 CT) | 20.00 |
| E BEANS | 30.00 |
| R-PLAIN | 55.00 |
| CUCUMBER-18CT. | 16.00 |
| Y 18'S | 27.00 |
| Y 18'S | 27.00 |
| ARY 18'S | 27.00 |
| | 3.50 |
| REY SQUASH | 23.00 |

andise before signing
re:

Total Weigh

ST=Status Code

PS=Partial Ship

The perishable Agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## NO CLAIMS ALLOWED UNLESS MADE UPON RECEIPT OF GOODS.

TERMS: PER AGREED CREDIT TERMS A SERVICE CHARGE OF 1½% PER MONTH AT THE ANNUAL PERCENTAGE RATE OF 18% WILL BE CHARGED ON ALL ACCOUNTS NOT PAID WITHIN THIRTY DAYS. BUYER AGREES TO PAY REASONABLE ATTORNEYS FEES IF COLLECTION IS NECESSARY.

in stated terms agree to pay all collection costs including re... ritten consent of the supplier.

to the statutory trust authorized by section 5(c) of the Peri... ll inventories of food or other products derived from these c

# FreshPoint

GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL
SOUTH SAN FRANCISCO
CALIFORNIA  94080

LOCAL : 650-873-0364    Bill To: 4TH & GEARY FARMERS MKT.
        650-761-2854
FAX   : 650-873-0364                3931 GEARY BLVD.
                                    SAN FRANCISCO  CA 94118

Remit Payment To:

Ship To: 4TH & GEARY FARMERS MKT.

                3931 GEARY BLVD.
                SAN FRANCISCO  CA
                415-831-1067

*** R E P R I N T ***
Page 1 of 1

| Invoice No. | Invoice Date | Customer No. | Order Date | P.O. Number | Salesman | Terms | Route-Stop |
|---|---|---|---|---|---|---|---|
| 354027 | 8/21/07 | 99001 | 8/21/07 | | JOSE CEJA | NET 30 DAYS | |
| | | | | | | DUE DATE : 9/19/07 | |

| Item Number | Quantity Ordered | Quantity Shipped | Pack | Size | Item Description | Unit Weight | Extended Weight | Unit Price | Extended Price | St |
|---|---|---|---|---|---|---|---|---|---|---|
| 340005 | 1 | 1 | | DZ | COLLARD GREENS | 16.00 | 16.00 | 8.00 | 8.00 | |
| 803081 | 1 | 1 | | CASE | PASILLA PEPPER-WIRE BOUND | 25.00 | 14.00 | 14.00 | 14.00 | |
| 380066 | 2 | 2 | | CRATE | JALAPENO CHILE PEPPERS, WIREBOUND | 45.00 | 90.00 | 15.00 | 30.00 | |
| 380051 | 1 | 1 | | CASE | ANAHEIM CHILE PEPPERS-WIRE BOUND | 25.00 | 25.00 | 16.00 | 16.00 | |
| 305040 | 1 | 1 | | CASE | CELERY ROOT (12 CT) | 20.00 | 20.00 | 11.50 | 11.50 | |
| 265005 | 5 | 5 | | CASE | BLUE LAKE BEANS | 30.00 | 150.00 | 18.50 | 129.50 | |
| 320026 | 7 | 7 | | BUSHEL | CUCUMBER-PLAIN | 55.00 | 385.00 | 18.50 | 129.50 | |
| 320009 | 4 | 4 | | CASE | ENGLISH CUCUMBER-18CT. | 27.00 | 54.00 | 13.00 | 52.00 | |
| 325005 | 1 | 1 | | CASE | EGGPLANT 18'S | 27.00 | 27.00 | 8.00 | 8.00 | |
| 325005 | 12 | 12 | | CASE | EGGPLANT 18'S | 27.00 | 324.00 | 8.00 | 96.00 | |
| 325005 | 2 | 2 | | CASE | EGGPLANT 18'S | 27.00 | 54.00 | 8.00 | 16.00 | |
| 430010 | 1 | 1 | | DZ | BASIL | 3.50 | 3.50 | 8.00 | 8.00 | |
| 415067 | 2 | 2 | | CASE | ROUND GREY SQUASH | 23.00 | 46.00 | 8.00 | 16.00 | |

SPECIAL INSTRUCTIONS:

Check your merchandise before signing

Customer Signature:

ST=Status Code    S=Sub
PS=Partial Ship    O=Out

| | Total Weight | Sub Total | Tax | Other | Total |
|---|---|---|---|---|---|
| CASES: 40  SPLITS: 0  CUBES: 37.20 | 1229.50 | 545.00 | | | 545.00 |

| Driver | Cash Amount | Check Amount |
|---|---|---|

All accounts are due and payable within stated terms. Customers not settling within stated terms agree to pay all collection costs including reasonable attorney's fees and interest at the highest legal rate. Customer's obligation cannot be assigned or transferred without the prior written consent of the supplier.
"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

354028

SAN FRANCISCO (650-761-2947)  SO. SAN FRANCISCO (650-873-93__)

# GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL UNITS 15-21
P.O. BOX 2408 SO. SAN FRANCISCO, CA 94083-2408

Sold To: 4th Geary      Date: 3/6

Payment To: P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 940__

Bill To: 4TH & GEARY FARMERS MKT.

3931 GEARY BLVD.
SAN FRANCISCO   CA 94118

| P.O. Number | Salesman | Terms |
|---|---|---|
|  | JOSE CEJA | NET 30 DUE DA__ |

| Description | Unit Weight |
|---|---|
|  | 2.7 |
|  | 4.0 |
| BELL PEPPERS-CHOICE | 30.0 |
| BELL PEPPERS-CHOICE | 30.0 |
| BELL PEPPERS-CHOICE | 30.0 |
| ELL PEPPERS-LARGE | 30.0 |
| ELL PEPPERS-LARGE | 30.0 |
| ELL PEPPERS-LARGE | 30.0 |
| UT SQUASH | 36.0 |
| SQUASH | 42.0 |
| TI SQUASH | 36.0 |
| UCCHINI | 23.0 |
| T SQUASH-XF | 27.0 |
| SQUASH XF | 26.0 |
| REEN SQUASH | 23.0 |

Handwritten lines:
2 Baby Dill  3
3 doz Mint  7
11 Yellow bell  19.50
14 G bell NG  7
1 B Nut  17.50
1 Acorn  17
1 Spaghetty  17
3 W/ckr nut  12
2 Sun bus  9
2 Sunno sis  8
2 Green bell  9

...handise before signing
...ure:

Total Weigh__

ST=Status Code

PS=Partial Shi__

The perishable Agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

within stated terms agree to pay all collection costs including re__ written consent of the supplier.

t to the statutory trust authorized by section 5(c) of the Per__ all inventories of food or other products derived from these

## NO CLAIMS ALLOWED UNLESS MADE UPON RECEIPT OF GOODS.

TERMS: PER AGREED CREDIT TERMS A SERVICE CHARGE OF 1½% PER MONTH AT THE ANNUAL PERCENTAGE RATE OF 18% WILL BE CHARGED ON ALL ACCOUNTS NOT PAID WITHIN THIRTY DAYS. BUYER AGREES TO PAY REASONABLE ATTORNEYS FEES IF COLLECTION IS NECESSARY.

**FreshPoint**

GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL
SOUTH SAN FRANCISCO
CALIFORNIA 94080

LOCAL : 650-873-0364
FAX   : 650-873-0364

Remit Payment To:

Bill To: 4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO  CA 94118

Ship To: 4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO  CA
415-831-1067

*** R E P R I N T ***
Page 1 of 1

| Invoice No. | Invoice Date | Customer No. | Order Date | P.O. Number |
|---|---|---|---|---|
| 354028 | 8/21/07 | 99001 | 8/21/07 | |

| Salesman | Terms | Route-Stop |
|---|---|---|
| JOSE CEJA | NET 30 DAYS  DUE DATE : 9/19/07 | |

SPECIAL INSTRUCTIONS:

| Item Number | Quantity Ordered | Quantity Shipped | Pack | Size | Item Description | Unit Weight | Extended Weight | Unit Price | Extended Price | St |
|---|---|---|---|---|---|---|---|---|---|---|
| 430050 | 2 | 2 | | DZ | DILL | 2.75 | 5.50 | 8.00 | 16.00 | |
| 430070 | 3 | 3 | | DZ | MINT | 4.00 | 12.00 | 7.00 | 21.00 | |
| 380039 | 3 | 3 | | CASE | YELLOW BELL PEPPERS-CHOICE | 30.00 | 90.00 | 19.50 | 58.50 | |
| 380039 | 6 | 6 | | CASE | YELLOW BELL PEPPERS-CHOICE | 30.00 | 180.00 | 19.50 | 117.00 | |
| 380039 | 2 | 2 | | CASE | YELLOW BELL PEPPERS-CHOICE | 30.00 | 60.00 | 19.50 | 39.00 | |
| 380039 | 10 | 10 | | CASE | GREEN BELL PEPPERS-LARGE | 30.00 | 300.00 | 7.00 | 70.00 | |
| 380005 | 1 | 1 | | CASE | GREEN BELL PEPPERS-LARGE | 30.00 | 30.00 | 7.00 | 7.00 | |
| 380005 | 1 | 1 | | CASE | GREEN BELL PEPPERS-LARGE | 30.00 | 30.00 | 7.00 | 7.00 | |
| 380005 | 3 | 3 | | CASE | GREEN BELL PEPPERS-LARGE | 30.00 | 90.00 | 7.00 | 21.00 | |
| 380005 | 1 | 1 | | CASE | BUTTERNUT SQUASH | 42.00 | 42.00 | 17.50 | 17.50 | |
| 415025 | 1 | 1 | | CASE | KABOCHA SQUASH | 36.00 | 36.00 | 17.50 | 17.50 | |
| 415031 | 1 | 1 | | CASE | SPAGHETTI SQUASH | 36.00 | 36.00 | 14.00 | 14.00 | |
| 415080 | 2 | 2 | | CASE | WHITE ZUCCHINI | 23.00 | 69.00 | 12.00 | 36.00 | |
| 415150 | 3 | 3 | | CASE | SUNBURST SQUASH-XF | 27.00 | 54.00 | 8.00 | 16.00 | |
| 415105 | 2 | 2 | | CASE | SUMMER SQUASH-XF | 26.00 | 52.00 | 8.00 | 16.00 | |
| 415091 | 2 | 2 | | CASE | SUMMER GREEN SQUASH | 23.00 | 46.00 | 8.00 | 16.00 | |
| 415066 | 2 | 2 | | CASE | ROUND GREEN SQUASH | 23.00 | 46.00 | 8.00 | 16.00 | |

| Driver | Cash Amount | Check Amount | Check your merchandise before signing. Customer Signature: |
|---|---|---|---|
| | | | |

CASES: 42    SPLITS: 0    CUBES: 37.48

ST=Status Code   S=Sub   O=Out   PS=Partial Ship

| | Total Weight | Sub Total |
|---|---|---|
| | 1102.50 | 482.00 |

| | Tax | |
| | Other | |
| | Total | 482.00 |

All accounts are due and payable within stated terms. Customers not settling within stated terms agree to pay all collection costs including reasonable attorney's fees and interest at the highest legal rate. Customer's obligation cannot be assigned or transferred without the prior written consent of the supplier.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**593731**

SAN FRANCISCO     SO. SAN FRANCISCO
(650-761-2947)      (6:0-873-9432)

# GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL UNITS 15-21
P.O. BOX 2408 SO. SAN FRANCISCO, CA 94083-2408

t Payment To: P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 9

Bill To: 4TH & GEARY FARMERS MKT.

3931 GEARY BLVD.
SAN FRANCISCO   CA 94118

Sold to: 4TH & GEARY    Date 08/20

| .O. Number | Salesman | Ter |
|---|---|---|
| | CESAR | NET DUE |

scription

Un
Wei

LI CROWNS
E RED
ES BUNCH
GREEN
ES (25# SK)
RED

| | | |
|---|---|---|
| 5 | BRUC CUM | 18 50 |
| 1 | R. CAB. | 11 50 |
| 2 | RADISH | 19 50 |
| | CASC | |
| 1 G. CHARD | | 9 00 |
| 1 | RADISH | 18 00 |
| | SAK | |
| 1 R/ CHARD | | |

rchandise before signing
ature:

Total

ST=Status

PS=Partia

within stated terms agree to pay all collection costs incl
or written consent of the supplier.

ject to the statutory trust authorized by section 5(c) of
s, all inventories of food or other products derived fro

The perishable Agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**NO CLAIMS ALLOWED UNLESS MADE UPON RECEIPT OF GOODS.**

TERMS: PER AGREED CREDIT TERMS A SERVICE CHARGE OF
1½% PER MONTH AT THE ANNUAL PERCENTAGE RATE OF
18% WILL BE CHARGED ON ALL ACCOUNTS NOT PAID
WITHIN THIRTY DAYS. BUYER AGREES TO PAY REASONABLE
ATTORNEY'S FEES IF COLLECTION IS NECESSARY.

**FreshPoint**

GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL
SOUTH SAN FRANCISCO
CALIFORNIA 94080

LOCAL : 650-873-0364
: 650-761-2854
FAX : 650-873-0364

Remit Payment To:

Bill To: 4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO CA 94118

Ship To: 4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO CA
415-831-1067

*** R E P R I N T ***
Page 1 of 1

| Invoice No. | Invoice Date | Customer No. | Order Date | P.O. Number | Salesman | Terms | | Route-Stop |
|---|---|---|---|---|---|---|---|---|
| 593731 | 8/23/07 | 99001 | 8/23/07 | | CESAR | NET 30 DAYS DUE DATE : 9/21/07 | | |

| Item Number | Quantity Ordered | Quantity Shipped | Pack | Size | Item Description | Unit Weight | Extended Weight | Unit Price | Extended Price | St |
|---|---|---|---|---|---|---|---|---|---|---|
| 280017 | 3 | 3 | | CASE | BROCCOLI CROWNS | 6.10 | 18.30 | 18.50 | 55.50 | |
| 290040 | 1 | 1 | | CASE | CABBAGE RED | 50.00 | 50.00 | 11.50 | 11.50 | |
| 390015 | 2 | 2 | | CASE | RADISHES BUNCH | 25.00 | 50.00 | 19.50 | 39.00 | |
| 420010 | 1 | 1 | | DZ | CHARD GREEN | 16.00 | 16.00 | 9.00 | 9.00 | |
| 390005 | 1 | 1 | | | RADISHES (25# SK) | 26.00 | 26.00 | 16.00 | 16.00 | |
| 420020 | 1 | 1 | | SACK | CHARD RED | 16.00 | 16.00 | 9.00 | 9.00 | |

SPECIAL INSTRUCTIONS:

| CASES: | 9 | SPLITS: | 0 | CUBES: | 11.25 |
|---|---|---|---|---|---|

| Driver | Cash Amount | Check Amount |
|---|---|---|

Check your merchandise before signing
Customer Signature:

ST=Status Code   S=Sub
PS=Partial Ship   O=Out

| Total Weight | Sub Total |
|---|---|
| 176.30 | 140.00 |

| Tax | |
| Other | |
| Total | 140.00 |

ALL accounts are due and payable within stated terms. Customers not settling within stated terms agree to pay all collection costs including reasonable attorney's fees and interest at the highest legal rate. Customer's obligation cannot be assigned or transferred without the prior written consent of the supplier.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

SAN FRANCISCO — SO. SAN FRANCISCO
(650-761-2947)     (550-873-9432)

**GOLDEN STATE PRODUCE**
GOLDEN GATE PRODUCE TERMINAL UNITS 15-21
P.O. BOX 2408 SO. SAN FRANCISCO, CA 94083-2408

593770

Sold To _4th geary_     Date _8/21_

Payment To: P.O. BOX 2408
SOUTH SAN FRANCISCO, CA

Bill To: 4TH & GEARY FARMERS MKT.
3931 GEARY BLVD.
SAN FRANCISCO  CA 94118

| | | | |
|---|---|---|---|
| 5 | Brocoli Crowns | 18 | |
| 2 | Nappa w.G.A | 16 50 | |
| 4 | leave art | 15 | |
| 6 | C-Flowr 9's | 8 50 | |
| 2 | Fenel | 12 50 | |
| 2 | leeks Ratto | 11 | |
| 31 | Papaya | 13 50 | |
| 2 | anyone | 7 50 | |
| 1 | CA parsley | 12 | |

.O. Number | Salesman | Te
CESAR | NE DU

scription
LI CROWNS
WGA CABBAGE
S, 50 LB. LOOSE
LOWER, CELLO 9'S

S MEXICAN
MIX
Y 60'S ITALIAN

rchandise before signing
ature:

Tota

ST=Stat
PS=Part

The perishable Agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**NO CLAIMS ALLOWED UNLESS MADE UPON RECEIPT OF GOODS.**

TERMS: PER AGREED CREDIT TERMS A SERVICE CHARGE OF
1½% PER MONTH AT THE ANNUAL PERCENTAGE RATE OF
18% WILL BE CHARGED ON ALL ACCOUNTS NOT PAID
WITHIN THIRTY DAYS. BUYER AGREES TO PAY REASONABLE
ATTORNEYS FEES IF COLLECTION IS NECESSARY.

within stated terms agree to pay all collection costs in
or written consent of the supplier.

ject to the statutory trust authorized by section 5(c)
s, all inventories of food or other products derived f

**FreshPoint**

GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL
SOUTH SAN FRANCISCO
CALIFORNIA 94080

LOCAL : 650-873-0364
: 650-761-2854
FAX : 650-873-0364

B111 To: 4TH & GEARY FARMERS MKT.

3931 GEARY BLVD.
SAN FRANCISCO  CA 94118

Remit Payment To:

Ship To: 4TH & GEARY FARMERS MKT.

3931 GEARY BLVD.
SAN FRANCISCO  CA
415-831-1067

*** R E P R I N T ***
Page 1 of 1

| Invoice No. | Invoice Date | Customer No. | Order Date | P.O. Number | Salesman | Terms | Route-Stop |
|---|---|---|---|---|---|---|---|
| 593770 | 8/23/07 | 99001 | 8/23/07 | | CESAR | NET 30 DAYS DUE DATE : 9/21/07 | |

SPECIAL INSTRUCTIONS:

| Item Number | Quantity Ordered | Quantity Shipped | Pack | Size | Item Description | Unit Weight | Extended Weight | Unit Price | Extended Price | St |
|---|---|---|---|---|---|---|---|---|---|---|
| 280017 | 5 | 5 | | CASE | BROCCOLI CROWNS | 6.10 | 30.50 | 18.00 | 90.00 | |
| 290025 | 2 | 2 | | CASE | NAPPA WGA CABBAGE | 80.00 | 160.00 | 16.50 | 33.00 | |
| 295500 | 4 | 4 | | CASE | CARROTS, 50 LB. LOOSE | 52.00 | 208.00 | 15.00 | 60.00 | |
| 300005 | 6 | 6 | | CASE | CAULIFLOWER, CELLO 9'S | 25.00 | 150.00 | 8.50 | 51.00 | |
| 300000 | 2 | 2 | | CASE | FENNEL | 34.00 | 68.00 | 12.50 | 25.00 | |
| 330000 | 2 | 2 | | CASE | LEEKS | 27.00 | 54.00 | 11.00 | 22.00 | |
| 355005 | 31 | 31 | | CASE | PAPAYAS MEXICAN | 35.00 | 1085.00 | 13.50 | 418.50 | |
| 205035 | 2 | 2 | | CASE | SPRING MIX | 6.00 | 12.00 | 7.50 | 15.00 | |
| 361103 | 1 | 1 | | CASE | PARSLEY 60'S ITALIAN | 23.00 | 23.00 | 12.00 | 12.00 | |
| 430090 | | | | CASE | | | | 12.00 | 12.00 | |

| Driver | Cash Amount | Check Amount |  |
|---|---|---|---|
| CASES: 55 | SPLITS: 0 | CUBES: 91.33 | |

Check your merchandise before signing
Customer Signature:

ST=Status Code  S=Sub
PS=Partial Ship  O=Out

| | Total Weight | Sub Total | Total |
|---|---|---|---|
| | 1790.50 | 726.50 | |
| Tax | | | |
| Other | | | |
| Total | | | 726.50 |

All amounts are due and payable within stated terms. Customers not settling within stated terms agree to pay all collection costs including reasonable attorney's fees and interest at the highest legal rate. Customer's obligation cannot be assigned or transferred without the prior written consent of the supplier.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**226392**

SAN FRANCISCO  SO. SAN FRANCISCO
(650-761-2947)  (650-873-9432)

# GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL UNITS 15-21
P.O. BOX 2408 SO. SAN FRANCISCO, CA 94083-2408

Sold To _9TH. Gene/_  Date _8/24_

Payment To: P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-2

Bill To: 4TH & GEARY FARMERS MKT.  Shi

3931 GEARY BLVD.
SAN FRANCISCO   CA 94118

| | | |
|---|---|---|
| (1) | W. POT B | 10 |
| 7 | FLAMES. | 15.— |
| 2 | W. ONION | 11. |
| 3 | R. ONION | 8. |
| 3 | SHALLOT | 5.— |
| 3 | D'ANJOU | 30.— |
| 3 | D'ANJOU | 5.— |
| 3 | BOSC PEAR | 24 |
| 2 | MED MUSH | 14.50 |
| 3 | SWEET PO. | 22.— |

| O. Number | Salesman | Terms |
|---|---|---|
| | FERNANDO | NET 30 DAYS DUE DATE : |

| cription | Unit Weight |
|---|---|
| OTATOE A OR B | 50.00 |
| RED SEEDLESS | 23.00 |
| WHITE ONION | 51.00 |
| ED ONION 25#SK | 26.00 |
| S 5# | 5.50 |
| ANJOU 60'S | 50.00 |
| ANJOU 80'S | 50.00 |
| OSC 90'S | 42.00 |
| MUSHROOM | 11.00 |
| OTATOE | 40.00 |

andise before signing
re:

| Total Weight |
|---|

ST=Status Code   S:

PS=Partial Ship   O:

The perishable Agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## NO CLAIMS ALLOWED UNLESS MADE UPON RECEIPT OF GOODS.

TERMS: PER AGREED CREDIT TERMS A SERVICE CHARGE OF
1½% PER MONTH AT THE ANNUAL PERCENTAGE RATE OF
18% WILL BE CHARGED ON ALL ACCOUNTS NOT PAID
WITHIN THIRTY DAYS. BUYER AGREES TO PAY REASONABLE
ATTORNEYS FEES IF COLLECTION IS NECESSARY.

n stated terms agree to pay all collection costs including reasonabl
itten consent of the supplier.

to the statutory trust authorized by section 5(c) of the Perishable
ll inventories of food or other products derived from these commodi

## FreshPoint™

GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL
SOUTH SAN FRANCISCO
CALIFORNIA 94080

LOCAL : 650-873-0364    Bill To: 4TH & GEARY FARMERS MKT.
650-761-2854
FAX   : 650-873-0364    3931 GEARY BLVD.
                         SAN FRANCISCO  CA 94118

Remit Payment To:

Ship To: 4TH & GEARY FARMERS MKT.

3931 GEARY BLVD.
SAN FRANCISCO  CA
415-831-1067

*** R E P R I N T ***
Page 1 of 1

| Invoice No. | Invoice Date | Customer No. | Order Date | P.O. Number | Salesman | Terms | Route-Stop |
|---|---|---|---|---|---|---|---|
| 226392 | 8/24/07 | 99001 | 8/24/07 | | FERNANDO | NET 30 DAYS DUE DATE : 9/22/07 | |

**SPECIAL INSTRUCTIONS:**

| Item Number | Quantity Ordered | Quantity Shipped | Pack | Size | Item Description | Unit Weight | Extended Weight | Unit Price | Extended Price | St |
|---|---|---|---|---|---|---|---|---|---|---|
| 429014 | 1 | 1 | CASE | WHITE POTATOE A OR B | 50.00 | 50.00 | 16.00 | 16.00 | |
| 156055 | 7 | 7 | CASE | GRAPES RED SEEDLESS | 23.00 | 161.00 | 15.00 | 105.00 | |
| 370090 | 2 | 2 | SACK | MEDIUM WHITE ONION | 51.00 | 102.00 | 11.00 | 22.00 | |
| 370075 | 3 | 3 | SACK | LARGE RED ONION 25#SK | 26.00 | 78.00 | 8.00 | 24.00 | |
| 370115 | 3 | 3 | BAG | SHALLOTS 5# | 5.50 | 16.50 | 5.00 | 15.00 | |
| 215075 | 3 | 3 | CASE | PEARS D'ANJOU 60'S | 50.00 | 150.00 | 30.00 | 90.00 | |
| 215085 | 3 | 3 | CASE | PEARS D'ANJOU 80'S | 50.00 | 150.00 | 5.00 | 15.00 | |
| 215032 | 3 | 3 | CASE | PEARS BOSC 90'S | 42.00 | 126.00 | 39.00 | 117.00 | |
| 365020 | 2 | 2 | CASE | MEDIUM MUSHROOM | 11.00 | 22.00 | 14.50 | 29.00 | |
| 429018 | 3 | 3 | CASE | SWEET POTATOE | 40.00 | 120.00 | 22.00 | 66.00 | |

| | | | Check your merchandise before signing |
|---|---|---|---|
| Driver | Cash Amount | Check Amount | Customer Signature: |

CASES:  30       SPLITS:  0       CUBES:  19.85

ST=Status Code   S=Sub
PS=Partial Ship  O=Out

| | Total Weight | Sub Total | Tax | Other | Total |
|---|---|---|---|---|---|
| | 975.50 | 499.00 | | | 499.00 |

ALL accounts are due and payable within stated terms. Customer's not settling within stated terms agree to pay all collection costs including reasonable attorney's fees and interest at the highest legal rate. Customer's obligation cannot be assigned or transferred without the prior written consent of the supplier.

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

SAN FRANCISCO (650-761-2947)  SO. SAN FRANCISCO (650-873-9432)  **226266**

# GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL UNITS 15-21
P.O. BOX 2408 SO. SAN FRANCISCO, CA 94083-2408

Sold To __4TH GEARY.__   Date __8/23__

t Payment To: P.O. BOX 2408
SOUTH SAN FRANCISCO, CA 94083-240

54  Bill To: 4TH & GEARY FARMERS MKT.   Ship
54
54        3931 GEARY BLVD.
          SAN FRANCISCO  CA 94118

| | Qty | Description | Price | | O. Number | Salesman | Terms |
|---|---|---|---|---|---|---|---|
| | 7 | RED DEL 72 STAR. | 22.— | | | FERNANDO | NET 30 DAYS DUE DATE : |
| | 7 | FUJI 72 DOMEX. | 27. | | | | |
| | 14 | FUJI 80 d' ALCALDE. | 30.— | | | | |
| | 15 | G.S. 72 STAR | 22. | | | | |
| | 20 | Y-ONION SWEET D. | 9.— | | | | |
| | 10 | R. ONION MED. | 7.50 | | | | |
| (13) | | POT 60 | 13.— | | | | |

cription

| | Unit Weight | E |
|---|---|---|
| ICIOUS APPLES  72XF | 45.00 | |
| PLES  72XF | 42.00 | |
| PLES  80XF | 42.00 | |
| SMITH APPLES  72'S | 45.00 | |
| YELLOW ONION | 52.00 | |
| YELLOW ONION | 52.00 | |
| ED ONION 25#SK | 26.00 | |
| POTATOES 60'S | 55.00 | |

handise before signing
ure:

Total Weight

ST=Status Code    S=Su
PS=Partial Ship    O=Ou

The perishable Agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**NO CLAIMS ALLOWED UNLESS MADE UPON RECEIPT OF GOODS.**

TERMS: PER AGREED CREDIT TERMS A SERVICE CHARGE OF 1½% PER MONTH AT THE ANNUAL PERCENTAGE RATE OF 18% WILL BE CHARGED ON ALL ACCOUNTS NOT PAID WITHIN THIRTY DAYS. BUYER AGREES TO PAY REASONABLE ATTORNEY'S FEES IF COLLECTION IS NECESSARY.

in stated terms agree to pay all collection costs including reasonable at written consent of the supplier.

to the statutory trust authorized by section 5(c) of the Perishable Agr all inventories of food or other products derived from these commodities

**FreshPoint**

GOLDEN STATE PRODUCE
GOLDEN GATE PRODUCE TERMINAL
SOUTH SAN FRANCISCO
CALIFORNIA 94080

LOCAL : 650-873-0364    Bill To: 4TH & GEARY FARMERS MKT.    Ship To: 4TH & GEARY FARMERS MKT.
650-761-2854
FAX   : 650-873-0364    3931 GEARY BLVD.    3931 GEARY BLVD.
SAN FRANCISCO  CA 94118    SAN FRANCISCO  CA
415-831-1067

Remit Payment To:

*** R E P R I N T ***
Page 1 Of 1

| Invoice No. | Invoice Date | Customer No. | Order Date | P.O. Number | Salesman | Terms | Route-Stop |
|---|---|---|---|---|---|---|---|
| 226266 | 8/28/07 | 99001 | 8/28/07 | | FERNANDO | NET 30 DAYS DUE DATE : 9/26/07 | |

SPECIAL INSTRUCTIONS:

| Item Number | Quantity Ordered | Quantity Shipped | Pack | Size | Item Description | Unit Weight | Extended Weight | Unit Price | Extended Price | St |
|---|---|---|---|---|---|---|---|---|---|---|
| 100024 | 7 | 7 | CASE | 72XF | RED DELICIOUS APPLES  72XF | 45.00 | 315.00 | 22.00 | 154.00 | |
| 100124 | 7 | 7 | CASE | | FUJI APPLES  72XF | 42.00 | 294.00 | 27.00 | 189.00 | |
| 100128 | 14 | 14 | CASE | | FUJI APPLES  80XF | 42.00 | 588.00 | 30.00 | 420.00 | |
| 100408 | 15 | 15 | CASE | 72'S | GRANNY SMITH APPLES  72'S | 45.00 | 675.00 | 22.00 | 330.00 | |
| 370105 | 10 | 10 | SACK | | MEDIUM YELLOW ONION | 52.00 | 520.00 | 9.00 | 90.00 | |
| 370105 | 10 | 10 | SACK | | MEDIUM YELLOW ONION | 52.00 | 520.00 | 9.00 | 90.00 | |
| 370075 | 10 | 10 | SACK | | LARGE RED ONION 25#SK | 26.00 | 260.00 | 7.50 | 75.00 | |
| 585075 | 13 | 13 | CASE | | RUSSET POTATOES 60'S | 55.00 | 715.00 | 13.00 | 169.00 | |

| | Driver | Cash Amount | Check Amount | | Total Weight | Sub Total |
|---|---|---|---|---|---|---|
| CASES: | | | | | 3887.00 | 1517.00 |
| 86 | | | | Tax | | |
| SPLITS: | | | | ST=Status Code | S=Sub | Other |
| 0 | | | | PS=Partial Ship | O=Out | |
| CUBES: | | | | | | Total |
| 41.80 | | | | | | 1517.00 |

Check your merchandise before signing
Customer Signature:

All accounts are due and payable within stated terms. Customers not settling within stated terms agree to pay all collection costs including reasonable attorney's fees and interest at the highest legal rate. Customer's obligation cannot be assigned or transferred without the prior written consent of the supplier.

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

EXHIBIT 2

BANK OF AMERICA, N.A.
CENTRAL RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX 77252-2518

Page 01 of 01                H
Bank    : 00355
Center  :
Divider : 7,060
Code    : 3 I

Deposit Account:      141-760-3810
Charge Account :      141-760-3810
Store/Reference:00000000000000

LEE RAY TARANTINO
DBA GOLDEN STATE PRODUCE
P O BOX 2408
SAN FRANCISCO , CA  94083

Date of Notice: 10-04-2007

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account.  Fees for analyzed accounts are itemized
on the account analysis statement.

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-657-9533.  Thank you for choosing Bank of
America.

Number of Returned Items:                    1
Amount of Returned Item(s):         23,000.00

| SEQUENCE/<br>DEP DATE | ABA NUMBER/<br>DEP AMOUNT | MAKER NAME/<br>CHECK DATE | RETURN REASON/<br>I.D. | AMOUNT |
|---|---|---|---|---|
| 08530779028<br>10/1/2007 | 1210-0035<br>23,000.00 | GEARY FARMERS MARKET | Insufficient Funds | 23,000.00 |

*111012822*
10/04/2007
00000853077902B

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-A
NOT SUFFICIENT
FUNDS

*18180001*
*7060*
*1*
*01689*



```
BANK OF AMERICA, N.A.              Page 01 of 01              H
CENTRAL RETURN ITEMS              Bank  : 00355
P.O. BOX 2518                     Center :
HOUSTON, TX  77252-2518          Divider: 7,950
                                  Code  : 3 I


                                  Deposit Account:    141-760-3810
                                  Charge Account :    141-760-3810
                                  Store/Reference:0000000000000000
   LEE RAY TARANTINO
   DBA GOLDEN STATE PRODUCE
   P O BOX 2408
   SAN FRANCISCO , CA  94083
```



                                                 Date of Notice: 10-12-2007

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account.  Fees for analyzed accounts are itemized
on the account analysis statement.

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-657-9533.  Thank you for choosing Bank of
America.

```
Number of Returned Items:                   1
Amount of Returned Item(s):        19,000.00

SEQUENCE/     ABA NUMBER/      MAKER NAME/         RETURN REASON/              AMOUNT
 DEP DATE      DEP AMOUNT      CHECK DATE              I.D.
08530351938   1210-0035      GEARY FARMERS MARKET  Refer to Item            19,000.00
  10/9/2007    37,000.00
```



```
*111012822*
 10/12/2007
0000085303351938
```
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-S
REFER TO MAKER

```
*18240001*
  *7950*
   *1*
 *01774*
```

BANK OF AMERICA, N.A.
CENTRAL RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

Page 01 of 01          H
Bank  : 00355
Center :
Divider: 8,032
Code  : 3 I

Deposit Account:     141-760-3810
Charge Account :     141-760-3810
Store/Reference:00000000000000

LEE RAY TARANTINO
DBA GOLDEN STATE PRODUCE
P O BOX 2408
SAN FRANCISCO , CA  94083



Date of Notice: 10-15-2007

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account.  Fees for analyzed accounts are itemized
on the account analysis statement.

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-657-9533.  Thank you for choosing Bank of
America.

Number of Returned Items:                 1
Amount of Returned Item(s):        18,000.00

| SEQUENCE/<br>DEP DATE | ABA NUMBER/<br>DEP AMOUNT | MAKER NAME/<br>CHECK DATE | RETURN REASON/<br>I.D. | AMOUNT |
|---|---|---|---|---|
| 08530580257<br>10/9/2007 | 3222-7162<br>37,000.00 | STOUDANE BARKOUKI | Refer to Item | 18,000.00 |

*Part of 37,000*



*111012822*
10/15/2007
000008530580257

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-S
REFER TO MAKER

*18500001*
*8032*
*1*
*02104*

BANK OF AMERICA, N.A.
CENTRAL RETURN ITEMS
P.O. BOX 2518
HOUSTON, TX  77252-2518

Page 01 of 01                    H
Bank    : 00355
Center  :
Divider : 6,415
Code    : 3 I

Deposit Account:    141-760-3810
Charge Account :    141-760-3810
Store/Reference:00000000000000

LEE RAY TARANTINO
DBA GOLDEN STATE PRODUCE
P O BOX 2408
SAN FRANCISCO , CA  94083

Date of Notice: 10-18-2007

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid.
Therefore, we have charged them to your account.  Fees for analyzed accounts are itemized
on the account analysis statement

If you have any questions or need additional information, please contact one of our
Customer Service representatives at 1-800-657-9533.  Thank you for choosing Bank of
America.

Number of Returned Items:                    1
Amount of Returned Item(s):          16,000.00

| SEQUENCE/ DEP DATE | ABA NUMBER/ DEP AMOUNT | MAKER NAME/ CHECK DATE | RETURN REASON/ I.D. | AMOUNT |
|---|---|---|---|---|
| 08530723168 | 1210-0035 | 4TH GEARY FARMERS | Refer to Item | |
| 10/15/2007 | 16,000.00 | | | 16,000.00 |

*1110128822*
10/18/2007
000008530723168
This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-S
REFER TO MAKER

*17280001*
*6415*
*1*
*01670*



*000400* 4:121000358: 0280605792" "0001600000."