```
WILLIAM C. WILKA, ESQ.      SBN 79667
LAW OFFICES OF DUDNICK, DETWILER, RIVIN & STIKKER LLP
351 CALIFORNIA STREET, FIFTEENTH FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 982-1400
FAX: (415) 982-1401
ATTORNEY FOR PLAINTIFF
LEE-RAY TARANTINO CO.
```

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| Lee-Ray Tarantino Co. | ) Case No.: C07-05705CW |
| Plaintiff, | ) PROOF OF PERSONAL SERVICE |
| vs. | ) |
| Theodoras Koliastsis dba 4th & Geary Farmers Market | ) |
| Defendant | ) |

I, John Snavely, declare I am over the age of 18 and not a party to this action; my business address is 4096 Piedmont Avenue, #325, Oakland, CA 94611-5221, phone 800-582-2060. I served the following documents:

Summons in a Civil Case
Complaint
Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue
Order Setting Initial Case Management Conference and ADR Deadlines
Ex Parte Application for TRO without Notice and for OSC re Preliminary Injunction
Declaration in Support of Application
Application for Preliminary Injunction
Attorney Certification Why Notice Should Not Be Required Pursuant to Rule 65(B)

1  Memorandum of Points and Authorities in Support of Ex Parte Application for TRO and
   OSC Re Preliminary Injunction
2  Notice of Availability of Magistrate Judge to Exercise Jurisdiction
   ECF Registration Information Handbook
3

4  by serving Erik Ponce, store manager, 3931 Geary Boulevard, San

5  Francisco, California, 94118 on November 13, 2007 at 1:35 p.m.

6

7      I declare under penalty of perjury that the foregoing is

8  true and correct.

9

10 Dated: November 19, 2007        /s/ John Snavely
11                                 ─────────────────
                                   JOHN SNAVELY
12

Re:     ***Lee-Ray Taratino Co., Inc., d/b/a Golden State Produce Co. v. Theordoras Koliatsis,, d/b/a 4th & Geary Farmers Market***
Court:  USDC Northern District - Oakland
Case No: C075705CW

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of **Dudnick Detwiler Rivin & Stikker, LLP** whose address is: 351 California Street, 15th Floor, San Francisco, CA 94103.

On November 12, 2007, I served the following documents:

**Summons in a Civil Case & Complaint,
Notice of Availability of Magistrate Judge to Exercise Jurisdiction,
ECF Registration Information Handout
Order Setting Initial Case Management Conference and ADR Deadlines,
Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue,
Ex Parte Application for TRO Without Notice and for OSC re Preliminary Injunction,
Application for Preliminary Injunction,
Attorney Certification Why Notice Should Not Be Required Pursuant to Rule 65(B),
Memorandum of Points and Authorities in Support of Ex Parte Application for TRO and OSC Re Preliminary Injunction,
Declaration in Support of Application,
Proposed OSC Why a Preliminary Injunction Should Not Issue and TRO,**

on all interested parties in this case, as follows:

Theodoras Koliatsis (d/b/a 4th & Geary Farmers Market)

3931 Geary Blvd.

San Francisco, CA  94118

[ X ]   By Federal Express messenger, by placing said document in an envelope addressed as shown below, and dispatching a Federal Express messenger from my place of business with instructions to make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose

name is shown or the person who was apparently in charge of that person's office or residence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 12, 2007 at San Francisco, California.

_____
Diana Bik Ooghe

PROOF OF SERVICE

P:\2010\09\Pleadings\POS.fed.doc

Re: **Lee-Ray Taratino Co., Inc., d/b/a Golden State Produce Co. v. Theordoras Koliatsis,, d/b/a 4th & Geary Farmers Market**
Court:  USDC Northern District - Oakland
Case No: C075705CW

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of **Dudnick Detwiler Rivin & Stikker, LLP** whose address is: 351 California Street, 15th Floor, San Francisco, CA 94103.

On November 14, 2007, I served the following documents:

**SUMMONS; COMPLAINT;
TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, WITH PROOF OF SERVICE;
EX PARTE APPLICATION FOR TRO W/O NOTICE AND FOR OSC RE PRELIMINARY INJUNCTION;
DECLARATION IN SUPPORT OF APPLICATION FOR WITHOUT NOTICE AND PRELIMINARY INJUNCTION;
APPLICATION FOR PRELIMINARY INJUNCTION;
ATTORNEY CERTIFICATION WHY NOTICE SHOULD NOT BE REQUIRED PURSUANT TO RULE 65(5);
MEMORANDUM OF P&A ISO EX PARTE APP. FOR TRO & OSC RE PRELIM. INJUNCTION;
PROPOSED OSC WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND TRO;
NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;
NOTICE OF IMPENDING REASSIGNMENT TO DISTRICT JUDGE, AND REASSIGNMENT ORDER;
ECF REGISTRATION INFO. HANDOUT;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

on all interested parties in this case, as follows:

Theodoras Koliatsis (d/b/a 4th & Geary Farmers Market)
3931 Geary Blvd.
San Francisco, CA  94118

//

1
2
3
4
[ X ]   **By CALIFORNIA OVERNIGHT messenger**, by placing said document in an envelope addressed as shown above, and dispatching messenger from my place of business with instructions to make delivery to the following during normal business hours, by leaving a true copy thereof with the person whose name is shown or the person who was apparently in charge of that person's office or residence.

5
6
7   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8   Executed on November 14, 2007 at San Francisco, California.

9
10
_____
Dana Hanaman

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

P:\2010\09\Pleadings\POS.fed.overnigh mess.doc

California Overnight Shipment Detail Report

### Pickup Information

22241   DUDNICK DETWILER RIVIN STIKKER
351 CALIFORNIA STREET
SAN FRANCISCO                    94104

### Delivery Information

THEODORAS KOLTATSIS
3931 GEARY BLVD
SAN FRANCISCO                    94118-3218

### Package Information

| | | | |
|---|---|---|---|
| Ship Date: 11/14/2007 | Service: S | COD: 0 | Service: 13.90 |
| Tracking: B10203061806 | Packages: 1 | Decl: 0 | Lbs: 0.00 |
| Reference: 2010-09 | Lbs: 1 | Sig. Reqd: N | COD: 0.00 |
| POD Sig: FRONT DESK | Letters: 0 | Sat. Delivery: N | Decl: 0.00 |
| Del Time: 11/15/07 08:38 AM | | | Other: 0.00 |
| StatusCode: CL | | | Fuel Sur: 1.91 |
| | | | Total: 15.81 |

### Miscellaneous

Instructions:
Region: SanFrancisco          CSR: IMAGING, IMAGING          Entered By: H
Route: 210241                 Bill Desc:

11/15/07 11:16 AM                                                                          1

**OVERNIGHT**
*On Time Delivery For Less*

800-334-5000
Call For A Pickup!

Account Number: 22241
B10203061806
Date: M M D D Y Y  74348

FROM (Company):
DUDNICK DETWILER RIVIN STIKKER
351 CALIFORNIA STREET  Suite 1500
SAN FRANCISCO
CA  94104
415-982-1400

**PLEASE PRINT IN BLOCK LETTERS**
TO (Company) WE CANNOT DELIVER TO A P.O. BOX
THEODORAS KOLIATSIS
3931 GEARY BLVD
SAN FRANCISCO
CA 94118

2010-09

**Service Options**
- ☑ SUNRISE - BY 10:30 AM*
- ☐ SUNRISE GOLD - BY 8:00 AM*
- ☐ HEAVYWEIGHT**
- ☐ Saturday Delivery - Extra Charge
- ☐ HOLD FOR PICKUP
- ☐ Declared Value $ _____.00 (maximum $25,000)
- ☐ C.O.D. Amount $, Limit $5,000 (affix C.O.D. tag to package)

**Billing Information**
- ☑ Bill Shipper's Account
- ☐ Bill Recipient Acct #
- ☐ Bill Third Party Acct #

**Weight**
Specify:
☐ 8 oz. Letter
or
_____ Weight lbs.
(Subject to verification)

Dim weight charge if greater than actual weight
L in. X W in. X H in.
÷225 = _____

Shipper's Signature

Shipper's Name: K CRAIG

CUSTOMER COPY - Online Tracking at www.calover.com