**United States District Court**
For the Northern District of California

1

2

3

4    IN THE UNITED STATES DISTRICT COURT

5    FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    LEE-RAY TARANTINO CO                    NO. CV 07-05705 CW

          Plaintiff,                        **CLERK'S NOTICE RE: FAILURE**
9     v.                                     **TO FILE ELECTRONICALLY**
                                             **DOCKET NOS. 1 - 6 AND/OR**
10                                           **REGISTER AS AN E-FILER**.

     THEODORAS KOLIATSIS, ET AL.

11

          Defendant.
12    _____/

13

14   On November 9, 2007, counsel for Plaintiff filed a Complaint, docket #1; Ex Parte Motion for TRO,

15   docket #2; Motion for Preliminary Injunction, docket #3; Memorandum in Support of TRO, docket #4;

16   Declaration of Michael Lai, docket #5, and Certificate of Counsel, docket #6,  manually, on paper.  This

17   case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18

19   The above mentioned  paper document has been filed and docketed. However, General Order 45

20   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

21   presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the

22   Complaint, docket #1; Ex Parte Motion for TRO, docket #2; Motion for Preliminary Injunction, docket

23   #3; Memorandum in Support of TRO, docket #4; Declaration of Michael Lai, docket #5, and the

24   Certificate of Counsel, docket #6,  in PDF format within 10 days, as an attachment in an *e-mail* message

25   directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the

26   **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been

27   previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

28   be e-filed.

**United States District Court**
For the Northern District of California

1

2 Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

3 become an ECF User and be assigned a user ID and password for access to the system upon designation

4 of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

5 must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

6 at ecf.cand.uscourts.gov.

7 Dated: November 28, 2007                                    Cynthia Lenahan
                                                           Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                          2