1

2                  IN THE UNITED STATES DISTRICT COURT

3

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                                          No. C 07-05705 CW

LEE-RAY TARANTINO CO.,

6                                          CONDITIONAL ORDER
          Plaintiff,                       OF DISMISSAL

7

     v.

8

THEODORAS KOLIATSIS,

9

          Defendant.

10   _____/

11

12

          The parties hereto, by their counsel, having advised the

13
Court that they have agreed to a settlement of this cause,

14
     IT IS HEREBY ORDERED that this cause be dismissed with prejudice;

15
provided, however, that if any party hereto shall certify to this

16
Court, with proof of service of a copy thereon on opposing counsel,

17
within 36 months from the date hereof, that the agreed consideration

18
for said settlement has not been delivered over, the foregoing Order

19
shall stand vacated and this cause shall forthwith be restored to the

20
calendar.

21
     IT IS SO ORDERED.

22

23
                                    _Claudia Wilken_

Dated: 12/3/07

24                                  _____
                                    CLAUDIA WILKEN

25                                  United States District Judge

26

27

28